USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BABY "A" ROE, *an infant under the age of four (4)*,
by his mothers and natural guardians, Jane Roe and Mary Roe,
BABY "B" ROE, *an infant under the age of four (4)*,
by his mothers and natural guardians, Jane Roe and Mary Roe,
JANE ROE, *individually and as mother and natural guardian
of* BABY "A" ROE *and* BABY "B" ROE, and
MARY ROE, *individually and as mother and natural guardian of*
BABY "A" ROE *and* BABY "B" ROE,
           Plaintiffs,

Docket No. 21-CV-468

**NOTICE OF MOTION**

-against-

CNTP MCB INC., *formerly known as and currently
doing business as* MANHATTAN CRYOBANK INC.,
           Defendant.
-----------------------------------------------------------X

PLEASE TAKE NOTICE that upon the annexed Declaration of Matthew S. Porges, Esq., attorney for Plaintiffs, upon the annexed affidavit of Jane Roe, upon the exhibits annexed to these motion papers, upon Plaintiffs' Memorandum of Law in Support, and upon all the pleadings and proceedings heretofore had herein, Plaintiffs will move this Court, before the Honorable Coleen McMahon, U.S.D.J., on the 26th day of February, 2021 at 10 a.m. on that day, or as soon as counsel can be heard, for an order: (1) allowing Plaintiffs to proceed anonymously; or (2) in the alternative, sealing the entire docket in this action; and (3) granting to Plaintiffs such other and further relief as this Court deems just and proper.

Date: Brooklyn, New York
      January 27, 2021

                                       Law Office of Matthew S. Porges
                                       *Attorney for Plaintiffs*
                                       _____
                                       Matthew S. Porges, Esq.
                                       26 Court Street, Suite 1200
                                       Brooklyn, New York 11242
                                       (718) 673-2578 (Phone)

---

*Handwritten annotations by Judge (1/28/2021):*

(1) The motion to seal is DENIED. While this court doesn't a matter of personal sensitivity, I repeat the unsupported argument that same-sex couples in New York City face any discrimination from court or the public on the basis of their identities. In this day and age, and only in this reason, to protect the privacy of the children, the plaintiff may proceed anonymously.

Factor 4 is determinative.

It is a matter of medical privacy where children are entitled to and whose medical conditions. However, minor children will not be present!

Signature 1/28/2021