Law Office of Matthew S. Porges
32 Court Street, Suite 904
Brooklyn, New York 11201
mspesq@mspesq.com
(718) 673-2578 (Phone)
(718) 619-8654 (Fax)
www.mspesq.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2023

May 15, 2023

The Judge Colleen McMahon, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

MEMO ENDORSED

OK

*Colleen McM*
5/15/2023

Re:   *Roe et al v. CNTP MCB Inc.*
      Docket Number 21-CV-468

Dear Judge McMahon:

    As the Court knows, this firm represents all Plaintiffs herein. I write to respectfully request additional time to file a new motion for default judgment with the appropriate proofs.

    This Honorable Court undoubtedly recalls that it previously denied Plaintiffs' motion for a default judgment due to a lack of supporting proof. See ECF Docket Entry 25. Plaintiffs and I have been working on the steps necessary to remedy that issue. In addition, I have been having detailed discussions with possible co-counsel about working with my firm on this action, starting as soon as possible, with the hope and understanding that said co-counsel could help expedite this motion and the successful conclusion of this action.

    Therefore, Plaintiffs and I respectfully request that Plaintiffs be afforded sixty more days, until July 14, 2023, to file a new motion for default judgment with the appropriate proofs. Plaintiffs and I fully intend to prosecute this action, despite the delays.

    Plaintiffs and I thank this Honorable Court for its time and its courtesies.

Very truly yours,

*Matthew S. Porges*
MATTHEW S. PORGES, ESQ.